FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2011 FEB 23 P 12: 41

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CLERK'S OFFICE |
| v. | * Criminal No. JFM-10-0103 |
| | * |
| NADEEM AKHTAR | * |

*******

## MOTION TO DISMISS BENCH WARRANT

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Christine Manuelian, Assistant United States Attorney for said District, hereby moves this Court to dismiss the bench warrant issued for Nadeem Akhtar on March 11, 2010, in connection with the issuance of the above-captioned Indictment. Dismissal of the warrant will aid in furthering the ongoing investigation in this matter and prevent related law enforcement activity from being compromised.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Christine Manuelian
Assistant United States Attorney

SO ORDERED this 23 day of February, 2011.

_____
United States Magistrate Judge

Mildred E. Methvin
U.S. Magistrate Judge