IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.   Case No. JFM-10-0103

NADEEM AKHTAR

\* \* \* \* \* \*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __March 10, 2011__ _(date)_ at 1:30 _(time)_ before __Mildred E. Methvin__, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201, Courtroom __7-B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

__March 9, 2011__
Date

MILDRED E. METHVIN
UNITED STATES MAGISTRATE JUDGE

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention 103