IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD
2011 MAR -9 P 2:50

UNITED STATES OF AMERICA

vs.          MAR 09 2011          Case No.   JFM-10-0103

NADEEM AKHTAR

## ORDER FOR MEDICAL EVALUATION
## AND APPROPRIATE TREATMENT OF DETAINEE

The Defendant and/or counsel having reported that the Defendant suffers from the following conditions and/or has been prescribed the following medications: *Please provide defendant with Sudafed for*

and the Court having the following additional concerns: *Sinus/head cold.*

IT IS ORDERED that the United States Marshal and/or his contracting agencies:

1. Cause the Defendant to promptly receive an evaluation by an appropriate health care provider:

2. Cause the Defendant to receive care and treatment consistent with the standard of care for the illness(es) and/or condition(s) revealed by the evaluation;

3. Make appropriate records and reports concerning the above illnesses, conditions, and treatment, and, if requested, provide the same to the Court; and

4. Deliver a copy of this order to the personnel in charge of the Defendant at the place of detention.

March 9, 2011
Date

MILDRED E. METHVIN
UNITED STATES MAGISTRATE JUDGE