UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 19, 2011

MEMO TO COUNSEL RE: US v. Nadeem Akhtar
Criminal No. JFM-10-0103

Dear Counsel:

    This will confirm, as we discussed during the conference held on May 18, 2011, that you will provide me with a status report on or before July 15, 2011.

    Very truly yours,

    /s/

    J. Frederick Motz
    United States District Judge